159 A.3d 937

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Brian PARNELL, Petitioner**

**No. 481 MAL 2016**

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.